AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 25, 2019

SEAN F. McAVOY, CLERK

KALISPEL TRIBE OF INDIANS and
SPOKANE COUNTY,

*Plaintiff*

v.

UNITED STATES DEPARTMENT OF THE INTERIOR,
et al.,
SPOKANE TRIBE OF INDIANS,

*Defendant*

Civil Action No. 2:17-CV-0138-WFN

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Intervenor Defendant Spokane Tribe's Cross Motion for Summary Judgment, filed March 6, 2019, ECF No. 96, is GRANTED. Federal Defendant's Cross Motion for Summary Judgment, filed March 6, 2019, ECF No. 98, is GRANTED. Plaintiff Kalispel Tribe's Motion for Summary Judgment, filed December 14, 2018, ECF No. 79, is DENIED. Plaintiff Spokane County's Motion for Summary Judgment, filed December 14, 2019, ECF No. 82, is DENIED. Judgment is entered for the Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge WM. FREMMING NIELSEN on motions for summary judgment.

Date: 7/25/2019

CLERK OF COURT

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*

Tonia Ramirez